| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>CHIEF JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

December 8, 2017

MEMORANDUM TO COUNSEL RE:   *USA v. Montana Barronette, et al.*,
Criminal No. CCB-16-0597

Dear Counsel:

This will confirm the results of our telephone conference call on December 5, 2017.

All non-capital defense motions are due **March 2, 2018**. **May 4, 2018** has been reserved for a motions hearing beginning at 9:30 a.m. in Courtroom 1A.

The five-week jury trial of this case will begin **September 17, 2018** in Courtroom 1A. The court probably will sit on Fridays, but will not sit September 20, September 24 or September 25, or October 1 or October 2, if necessary, to accommodate religious holidays. A pretrial conference will be scheduled at a later date.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge