#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *     **CRIMINAL NO. CCB 16-0597** |
| **DENNIS PULLEY,** | * |
|         **Defendant** | * |

\*\*\*\*\*\*\*

### NOTICE/INFORMATION OF GOVERNMENT'S INTENTION TO
### <u>SEEK ENHANCED PENALTIES PURSUANT TO 21 U.S.C. § 851</u>

Pursuant to the provisions of 21 U.S.C. § 851(a), the United States Attorney for the District of Maryland provides notice of his intent to seek enhanced penalties under 21 U.S.C. § 846 and 21 U.S.C. § 841. The United States Attorney for the District of Maryland charges:

1. On June 7, 2018, the Grand Jury for the District of Maryland returned a Second Superseding Indictment charging the Defendant with, among other offenses: conspiracy to distribute and possess with intent to distribute one kilogram or more of heroin and a quantity of marijuana and cocaine in violation of 21 U.S.C. § 846 (Count Three).

2. Prior to the commission of the offense charged in Count Three of the Second Superseding Indictment, the defendant had been convicted on a prior occasion of a felony drug offense, to wit:

> <u>Case number 811354039</u>: On April 11, 2012, the Defendant pled guilty to attempted CDS distribution in the Circuit Court of Maryland for Baltimore City. On April 11, 2012, the Defendant was sentenced to one year imprisonment, with all but seven days suspended.

3.    As a result of the above conviction, and the fact that the Defendant has been charged in Count Three with a violation of 21 U.S.C. § 846, the Defendant is subject to the following enhanced penalty provisions of 21 U.S.C. § 841:

    a. Count Three:  a mandatory minimum term of imprisonment of not less than twenty years and a maximum term of imprisonment of not more than life; a fine not to exceed $20,000,000; and at least ten years of supervised release.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:___/s/_____
Daniel C. Gardner
Christopher J. Romano
Assistant United States Attorneys

John C. Hanley
Trial Attorney
Organized Crime and Gang Section